**KING MOENCH HIRNIAK & COLLINS, LLP**
By: Matthew C. Moench, Esq., 031462007
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
T: (973) 998-6860
F: (973) 998-6863
mcm@kmhmlawfirm.com
*Attorney for Plaintiffs,*
*Justin Caporale, Tim Unes,*
*Maggie Mulvaney, and Megan Powers*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JUSTIN CAPORALE, TIM UNES, MAGGIE MULVANEY, and MEGAN POWERS**,<br><br>Plaintiffs,<br><br>v.<br><br>**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,**<br><br>Defendant. | VIA ELECTRONIC FILING<br><br>**Docket No. 3:21-cv-20484**<br>Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by King, Moench, Hirniak, & Collins, LLP, counsel for Plaintiffs, Justin Caporale, Tim Unes, Maggie Mulvaney, and Megan Powers, for an Order pursuant to L.Civ.R. 101.1(c) permitting Edward D. Greim, Esq. and Paul Brothers, Esq., attorneys at Graves Garrett, LLC, 1100 Main Street, Suite 2700, Kansas City, Missouri, 64105, to appear and practice *pro hac vice*, and the Court having considered the Declarations in support of the application, which reflect that counsel satisfy the requirements set forth in L.Civ.R. 101.1(c)(1); and there being no objection to this motion, and for good cause shown,

**IT IS** on this 23rd day of March 2022,

**ORDERED** that the application for *pro hac vice* admission for Edward D. Greim, Esq. is **GRANTED**.

**ORDERED** that the application for *pro hac vice* admission for Paul Brothers, Esq. is **GRANTED**.

**IT IS FURTHER ORDERED** that Edward D. Greim, Esq. and Paul Brothers, Esq. shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court.

**IT IS FURTHER ORDERED** that Edward D. Greim, Esq. and Paul Brothers are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against him that may arise from their participation in this matter.

**IT IS FURTHER ORDERED** that King, Moench, Hirniak, & Collins, LLP shall (a) be attorneys of record in this case in accordance with L.Civ.R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that Edward D. Greim, Esq. and Paul Brothers, Esq. shall make payments to the New Jersey Lawyers' Fund for Client Protection, pursuant to N.J. Court. Rule 1:28-2, for each year in which each represents the clients in this matter;

**IT IS FURTHER ORDERED** that Edward D. Greim, Esq. and Paul Brothers, Esq. shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L.Civ.R. 101.1(c)(3); and

**IT IS FURTHER ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceedings shall occur because of the participation of Mr. Greim or Mr. Brothers or their inability to be in attendance at proceedings.

**-this Order terminates ECF No. 9**

DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE