|  |  |
|---|---|
| JUSTIN CAPORALE, et al., | : UNITED STATES DISTRICT COURT |
| Plaintiffs, | :    DISTRICT OF NEW JERSEY |
| v. | :   Civil Action No. 21-20484 (ZNQ) |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | :   **INITIAL SCHEDULING ORDER** |
| Defendant. | |

**THIS MATTER** having come before the Court for an initial scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on May 3, 2022; and the Court having conferred with counsel concerning the timely completion of discovery; and good cause appearing for the entry of this Order:

**IT IS on this  3rd    day of  May, 2022**

**ORDERED THAT:**

1. This action is hereby consolidated with 22-0611 (ZNQ), <u>Robert Peede, Jr., v. Cellco Partnership d/b/a Verizon Wireless</u>,  for pretrial discovery and case management purposes.

2. The parties' initial written discovery requests must be served **by May 24, 2022.**

3. In accordance with the Court's discussion with counsel and the agreement of the parties, the parties may serve a maximum of 10 requests for admission or interrogatories.

4. The parties' written discovery responses must be served **by June 3, 2022.**

5. Any disputes related to the parties' responses must be submitted to the Court, in writing, **by June 10, 2022.**  Any response to such disputes must be submitted to the Court **by June 17, 2022.**

6. Counsel must meet and confer in a good faith effort to resolve any discovery or case management dispute before bringing such dispute to the attention of the Court.  *See* L.Civ.R. 16.1(f)(1).  Any unresolved disputes must be brought to the Court's attention promptly by a joint letter to the undersigned.

7. No discovery motion or motion for sanctions for failure to provide discovery shall be

    made without prior leave of Court.

8. Counsel must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

9. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.

        s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**