# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                               **DATE: August 16, 2022**
**MAGISTRATE JUDGE DOUGLAS E. ARPERT**
**COURT REPORTER: Digitally recorded – AT&T**


**TITLE OF CASE:**

JUSTIN CAPORALE                                                   CIVIL 21-20484(ZNQ)
V.
CELLCO PARTNERSHIP

ROBERT PEEDE                                                      CIVIL 22-611(ZNQ)
V.
CELLCO PARTNERSHIP

**APPEARANCES:**
Edward Greim, Esq., Paul Brothers, Esq., and Michael Collins, Esq., on behalf of plaintiffs
Reid Figel, Esq., and Ariana Pfeffer, Esq., on behalf of defendant


**NATURE OF PROCEEDINGS:**

Telephone status conference re: discovery.



**TIME COMMENCED: 11:15am**
**TIME ADJOURNED:   11:45am**
**TOTAL TIME:       30 minutes**

                                                                                     s/Elizabeth Beres
                                                                                      **Deputy Clerk**