*ORDER*

# KMC | KING, MOENCH & COLLINS LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| PETER J. KING ◊<br>MATTHEW C. MOENCH *<br>MICHAEL L. COLLINS *<br><br>ROMAN B. HIRNIAK ^<br>KRISHNA R. JHAVERI *+<br>TIFFANY TAGARELLI<br><br>NAKICHA T. BARR<br><br>◊ Certified by the Supreme Court of New Jersey<br>   as a Municipal Court Attorney<br>* Also Member of the New York Bar<br>+ Also Member of the Arizona Bar<br>^ Of Counsel | Writer's Address:<br><br>51 Gibraltar Drive, Suite 2F<br>Morris Plains, NJ 07950<br>(973) 998-6860<br><br>E-Mail:<br>mmoench@kingmoench.com<br> | Red Bank Office:<br><br>365 Broad Street, Suite 4R<br>Red Bank, NJ 07701<br>(732) 546-3670<br><br>Website:<br>www.kingmoench.com<br><br>A limited liability partnership of Peter J. King, LLC, Moench Law,<br>LLC & Collins Law, LLC |

September 16, 2022

**VIA ELECTRONIC MAIL**
Hon. Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

RE:  **Caporale, et al. v. Cellco Partnership d/b/a Verizon Wireless,**
     Case No. 3:21-cv-20484-ZNQ-DEA

     **Peede, Jr. v. Cellco Partnership d/b/a Verizon Wireless,**
     Case No. 3:22-cv-00611-ZNQ-DEA

*[handwritten: their motion for leave to amend.]*

Dear Judge Arpert:

The undersigned represents Plaintiffs in the above-referenced matters. We write to provide Your Honor with Plaintiffs' proposal for how to proceed with these matters. Plaintiffs intend to move to amend the pleadings to add the Select Committee as a defendant in both cases. Plaintiffs propose a deadline of October 15, 2022, for filing ~~these amended~~ pleadings. After the Select Committee is added as a party to both cases, Plaintiffs and the Committee will propose a schedule for resolving the merits of both matters on dispositive motions with little to no discovery between the Committee and Plaintiffs. Plaintiffs believe this is the most efficient way to present the merits of these matters to the Court for resolution. Verizon takes no position on Plaintiffs' proposed motion. Both parties stand ready to answer any questions the Court may have or provide additional information the Court may request.

*[handwritten: granted]*

**SO ORDERED:**

*[signature]*
USMJ

**KING MOENCH & COLLINS, LLP**

*/s/ Matthew C. Moench*
By: Matthew C. Moench, Esq.

cc: All counsel (via E-Mail)

◊Peter J. King, LLC, Moench Law, LLC & Collins Law, LLC