UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT PEEDE, JR.,<br><br>      Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>and<br><br>UNITED STATES HOUSE OF REPRESENATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL<br>Longworth House Office Building<br>Washington, D.C. 20515<br><br>and<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol,<br>Longworth House Office Building<br>Washington, D.C. 20515,<br><br>      Defendants. | Docket No. 3:21-cv-20484<br>Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br><br><br>So Ordered this ___17ᵗʰ___ day<br>of ___January___, 20_23_<br><br>_____<br>Hon. Zahid N. Quraishi<br>**United States District Judge** |

## PLAINTIFF'S STIPULATED DISMISSAL

Plaintiff, Robert Peede, Jr., hereby provides notice of his stipulated dismissal of this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dismissal under Rule 41(a)(1)(A)(ii) is appropriate because the

1

subpoena at issue in this matter has been withdrawn by the Select Committee, and the only Defendant to appear in this matter, Cellco Partnership d/b/a/ Verizon Wireless, stipulates to the dismissal.

Dated: January 16, 2023

/s/Matthew C. Moench
Matthew C. Moench, Esq.
**KING MOENCH & COLLINS, LLP**
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel: 973-998-6860
Fax: 973-998-6863 (facsimile)
Email: mmoench@kingmoench.con

/s/ Edward D. Greim
Edward D. Greim, Esq.
Paul Brothers, Esq.
**GRAVES GARRETT, LLC**
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
pbrothers@gravesgarrett.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/ Reid M. Figel
Reid M. Figel (*admitted pro hac vice*)
**KELLOGG, HANSEN, TODD, FIEGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Email: rfigel@kellogghansen.com

/s/Gavin Rooney
Gavin Rooney
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: (973) 597-2500
Email: grooney@lowenstein.com

*Counsel for Defendant Cellco Partnership d/b/a Verizon Wireless*

2